IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROGER LEE HARRELL,

    Petitioner,

v.     Civil Action No. 3:17CV445

PAROLE COMMISSION,

    Respondent.

## MEMORANDUM OPINION

Roger Lee Harrell, a Virginia inmate and federal parolee, submitted this petition pursuant to 28 U.S.C. § 2241 ("§ 2241 Petition," ECF No. 3). The Parole Commission has moved to dismiss the petition as moot. (ECF No. 6.) For the reasons set forth below, the § 2241 Petition will be dismissed as moot.

In 1985, Harrell was convicted in federal court of armed bank robbery and conspiracy to commit that offense. United States v. Allen, 666 F. Supp. 847, 848 (E.D. Va. 1987), aff'd sub nom. United States v. Harrell, 847 F.2d 138 (4th Cir. 1988). Harrell was sentenced to twenty-two years of imprisonment. (ECF No. 7-2, at 1.)[1] On February 14, 1995, Harrell was released on federal parole for those offenses. (ECF No. 7-1, at 3.)

On or about June 10, 2000, Harrell robbed the First Virginia Bank in Virginia Beach, Virginia. (Id. at 2.) In light of this new crime, on April 12, 2002, the Parole Commission issued a warrant, which was lodged as a detainer

---

[1] The Court employs the pagination assigned to the parties' submissions by the CM/ECF docketing system.

against Harrell, for violating the conditions of his parole. (ECF No. 7-2, at 1-4.) On January 13, 2003, Harrell was sentenced to a non-paroleable sentence of 90 years and 12 months for his new crime. (ECF No. 7-1, at 3.)

On July 21, 2017, Harrell filed the instant § 2241 Petition requesting that the Parole Commission remove the warrant. (ECF No. 3, at 8.) On September 21, 2017, the Parole Commission withdrew its warrant and closed Harrell's case. (ECF No. 7-1, at 1-4.)

Accordingly, the Parole Commission's Motion to Dismiss (ECF No. 6) will be granted. The action will be dismissed as moot.

The Clerk is directed to send a copy of the Memorandum Opinion to Harrell.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: May 3, 2018
Richmond, Virginia